# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>             Plaintiff,<br><br>v.<br><br>Tempe Hotel Group LLC,<br><br>             Defendant. | **NO. CV-18-01053-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered against Defendant Tempe Hotel Group, LLC for Plaintiff's costs then accrued, and for further relief as stated within the Offer of Judgment. This action is hereby terminated.

Brian D. Karth
District Court Executive/Clerk of Court

May 8, 2018

By   s/ A. Duran
     Deputy Clerk